**Order No. 96–18
October 15, 1996**

| 18297 | State v. Sandoval | Affirmed |
| 19215 | Valdivia v. Hilton Hawaiian Village | Affirmed |

**Order No. 96–19
October 21, 1996**

| 17820 | State v. Malaeulu | Affirmed |

**Order No. 96–20
October 21, 1996**

| 17313 | Spinaio v. Pincanco | Vacated and Remanded |

**Order No. 96–21
October 22, 1996**

| 17980 | Holland v. College of Lake County | Affirmed |